**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| MATTHEW REISER, individually, and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, a Delaware corporation, and FEDEX LOGISTICS, INC., a New York corporation, <br><br> *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:26-cv-21328-JB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, FEDERAL EXPRESS CORPORATION ("FedEx") and FEDEX LOGISTICS, INC. ("FXL"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(a)(3), hereby file this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and in support state as follows:

1. Plaintiff filed the instant Complaint on February 27, 2026. *See* D.E. # 1.

2. FedEx and FXL's response to the Complaint is currently due on March 24, 2026. *See* D.E. # 4.

3. Plaintiff's Complaint, a putative class action, alleges that he was a FedEx customer whom the company billed for tariffs imposed by the President pursuant to the International Economic

Powers Act ("IEEPA") as well as various shipping and customs clearance fees associated with the IEEPA tariffs.

4. In light of the U.S. Supreme Court's subsequent ruling that these IEEPA tariffs were unlawful, Plaintiff, on behalf of himself and similarly situated FedEx customers, seeks refunds of IEEPA tariffs and associated fees paid to FedEx.

5. In addition to the instant Complaint, six other putative class actions based on similar allegations and on behalf of similarly-defined classes have been filed against FedEx and its subsidiaries in other district courts.

6. On March 10, 2026, Plaintiff filed a Motion to Consolidate and Transfer this matter, as well as the other matters filed against FedEx and its subsidiaries, to the District Court for the Western District of Tennessee pursuant to 28 U.S.C. §1407. *In re: FedEx Tariffs and Related Fees Litigation*, MDL No. 3184 (filed Mar. 10, 2026).

7. FedEx and FXL request an extension of time, through April 23, 2026, to respond to the instant Complaint. A proposed order is attached hereto.

8. This additional time is necessary for FedEx and FXL to fully evaluate and investigate the claims, which are largely based on FedEx and FXL's procedures implementing tariffs and managing payment of tariffs to U.S. Customs and Border Protection, and to prepare an appropriate response. This additional time is also necessitated by the filings of similar Complaints in other district courts, many of which were served around the same time, that Plaintiff currently seeks to consolidate pursuant to 28 U.S.C. §1407.

9. Undersigned counsel conferred with Plaintiff's counsel, who does not object to the extension of time through April 23, 2026.

10. This Motion is filed in good faith, and is not sought for the purpose of delay, nor will the additional time adversely affect the prospect of a just and speedy determination of this action.

## MEMORANDUM OF LAW

The Federal Rules of Civil Procedure allow this Court to "extend the time" an act may be done "for good cause." Fed. R. Civ. P. 6(b)(1)(A). This court has broad discretion in granting extensions of time for good cause shown. *See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990). "The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline." *See Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998).

Here, the requested extension is necessary for FedEx and FXL to properly evaluate the claims raised in the Complaint, any applicable defenses, and prepare an adequate response. Moreover, this request is made prior to the expiration of the original deadline and FedEx and FXL have been diligent in requesting the extension. Finally, Plaintiff's counsel is not opposed to this Motion. Therefore, pursuant to this Court's broad discretion to extend the time required for a response to the Complaint, FedEx and FXL submit that there is good cause shown in support of this request.

WHEREFORE, Defendants, FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., respectfully request that this Honorable Court extend the time within which Defendants have to respond to the Complaint through April 23, 2026, or grant such further relief as this Honorable Court deems appropriate.

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

WE HEREBY CERTIFY that on March 18, 2026, counsel for Defendants conferred with

counsel for Plaintiff, who does not oppose the relief sought in this Motion.

Dated: March 18, 2026

Respectfully submitted,

 */s/ Shelby R. Walton*

Shelby R. Walton (FBN 1002662)
FEDERAL EXPRESS CORPORATION
3620 Hack Cross Rd., Bldg. B
Memphis, TN 38125
Telephone:     (412) 215-2687
Fax:             (901) 468-2555
shelby.walton@fedex.com

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 18, 2026, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Shelby R. Walton*
Shelby R. Walton

## <u>SERVICE LIST</u>

John A. Yanchunis
JYanchunis@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, Florida 33602
T: (813) 223-5505
F: (813) 223-5402

Patrick Barthle
Pbarthle@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, Florida 33602
T: (813) 223-5505
F: (813) 223-5402

Clay M. Townsend, Esq.
Florida Bar No. 363375
**MORGAN & MORGAN, P.A.**
20 N Orange Ave, Suite 1600
Orlando, FL 32801
P: (407) 418-2075
F: (407) 245-3346
ctownsend@forthepeople.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| MATTHEW REISER, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation, and FEDEX LOGISTICS, INC., a New York corporation,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:26-cv-21328-JB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE came before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint. Upon review of the Motion, being advised of the parties' positions, and being otherwise fully informed in the premises, it is hereby ORDERED that:

1. The Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.

2. Defendants shall have up to and including April 23, 2026, to respond to Plaintiff's Complaint.

3. All other deadlines and obligations remain in full force and effect unless modified by further order of the Court.

DONE AND ORDERED in Chambers in Miami, Florida this _____ day of March, 2026.


_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE


cc: All counsel of Record