**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1-26-cv-21328-JB**

MATTHEW REISER, individually,
and on behalf of all others similarly
situated,

      Plaintiff,

 v.

FEDERAL EXPRESS CORPORATION,
a Delaware corporation,
and FEDEX LOGISTICS, INC.,
a New York corporation.,

      Defendants.

_____/

**ORDER TRANSFERING CASE**
**TO THE WESTERN DISTRICT OF TENNESSEE**

**THIS CAUSE** comes before the Court on Defendants' Motion to Transfer

Venue and Incorporated Memorandum of Law (the "Motion"). ECF No. [12]. In the

Motion, Defendants asks this Court to transfer this action pursuant to the "first-to-

file" rule and 28 U.S.C. § 1404(a). ECF No. [12] at 1. Plaintiff does not oppose the

motion. ECF No. [13] at 1.

Section 1404(a) allows district courts to transfer an action to another proper

venue "[f]or the convenience of parties and witnesses" and if such a transfer will be

"in the interest of justice." 28 U.S.C. § 1404(a). Additionally, under 28 U.S.C. §

1406(a), this Court must either dismiss the case or, if it is in the interest of justice,

may transfer the case to the proper district court. *See* 28 U.S.C. § 1406(a) ("The

district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

After reviewing the record, the Western District of Tennessee is the appropriate venue for this action given that the parties agree that it is a more convenient forum and an earlier-filed case asserting similar claims is pending in that district. *See* ECF Nos. [12], [13].

Therefore, upon due consideration of the Motion and the relevant portions of the record, it is hereby **ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to **TRANSFER** this case to the Western District of Tennessee; and **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 10th day of April, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**