**UNITED STATES JUDICIAL PANEL**
**on**

**MULTIDISTRICT LITIGATION**

**IN RE: FEDEX CORP. TARIFFS AND RELATED FEES LITIGATION**    MDL No. 3184

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION MOOT**

Before the Panel is a motion filed by plaintiff Matthew Reiser seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the Western District of Tennessee for coordinated or consolidated pretrial proceedings. It has come to the attention of the Panel that the listed action pending outside the Western District of Tennessee has been transferred to the Western District of Tennessee, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion filed by plaintiff Matthew Reiser for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

_____

Josh R. Bullock
Acting Clerk of the Panel

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: FEDEX CORP. TARIFFS AND RELATED
FEES LITIGATION**                                          **MDL No. 3184**

**SCHEDULE A**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 26–21328 | Reiser v. Federal Express Corporation et al |
| | | | |
| **TENNESSEE WESTERN** | | | |
| TNW | 2 | 26–02181 | Anastopoulo v. FedEx Corporation |
| TNW | 2 | 26–02240 | Deburro v. Fedex Express Corporation et al |
| TNW | 2 | 26–02334 | Anastopoulo v. FedEx Corporation |
| TNW | 2 | 26–02345 | CYCLE LIMITED, LLC et al v. Federal Express Corporation et al |
| TNW | 2 | 26–02387 | Crespo Rosado v. FedEx Corporation |
| TNW | 2 | 26–02388 | Anastopoulo v. Federal Express Corporation |